ORIGINAL

FILED

05/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0245

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 23-0245

CARL M. ANKENY,

  Petitioner,

v.

PETER BLUDWORTH, Warden
Crossroads Correctional Center,

  Respondent.

**O R D E R**

FILED

MAY 0 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

  Carl M. Ankeny has filed a Petition for Writ of Habeas Corpus, indicating that he is entitled to more credit for time served than he received. Ankeny requests credit of thirty-two months from July 2, 2012, the date of the arrest warrant, to March 2, 2015. The Ravalli County District Court awarded no credit for time served when it sentenced him in three criminal cases on January 14, 2015. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

  IT IS ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

  The Clerk is directed to provide a copy of this Order to counsel of record and to Carl M. Ankeny personally.

  DATED this 9th day of May, 2023.

_____
Justice